

**The relief described hereinbelow is SO ORDERED.**

**Signed February 17, 2026.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**CHRISTOPHER G. BRADLEY**
　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

---

**United States Bankruptcy Court for the Western District of Texas/El Paso Division**

| | |
|---|---|
| STUART C. COX, CHAPTER 13 TRUSTEE<br>1760 N. Lee Trevino Drive<br>El Paso, TX  79936 | Case Number: 25-31578-CGB Chapter 13 |
| | **ORDER CONFIRMING THE PLAN** |
| IN RE:  ELIZABETH PEREZ<br><br>　　　681 PLAINS BLACKFOOT DR.<br>　　　EL PASO, TX 79927 | |
| Debtor's SSN:　###-##-2677 | KARLA P. GRIFFIN LAW FIRM<br>1123 E. RIO GRANDE<br>EL PASO, TX 79902-0000 |

ORDER CONFIRMING THE PLAN

The Debtor represents in order to obtain plan Confirmation that the Chapter 13 Plan of Debtor(s) (hereinafter "Debtor") has been transmitted to all creditors.  Further the Debtor represents that the Debtor's plan, or amended plan filed on 12/02/2025, and hereafter referred to as the plan, satisfies the requirements of 11 U.S.C. § 1325.

　　　Accordingly, it is ORDERED that

　　　(1)  The Chapter 13 Plan is confirmed.

　　　(2)  Unless otherwise provided below or by other Court order, property of the estate shall not revest in Debtor until the earlier of discharge of Debtor or dismissal of the case; and

　　　(3)  Notwithstanding any provision of the plan, a creditor must timely file a proof of claim with the clerk of Court in order to receive a distribution under this plan.

(4) In addition to the regular Chapter 13 plan payments the debtor(s) tax refunds shall be turned over to the Chapter 13 Trustee in the following manner: $350.00 in April 2026, $350.00 in April 2027, $350.00 in April 2028, $350.00 in April 2029 and $350.00 in April 2030.  The plan base will increase to $17,250.00 [$450x36] + [$350X3]. This provision shall obviate the requirement for a notice of a modified plan every year as contemplated by 4.1 (1) of the form plan.

The Clerk is directed to serve a copy of this Order upon Debtor(s), counsel for Debtor(s), the Trustee, and all creditors and parties who have filed a notice of appearance in the case.

**IT IS SO ORDERED.**

###

Confirmation Recommended by

/s/ Stuart C. Cox
STUART C. COX, CHAPTER 13 TRUSTEE
1760 N. Lee Trevino Drive
El Paso, TX  79936